UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | | |
|---|---|---|
| PHIMPHORN FRAZER, | ) | CASE NO. 11-CIV-9699 |
| | ) | |
| Plaintiff, | ) | JUDGE Seibel |
| | ) | |
| v. | ) | |
| | ) | |
| HOBART CORPORATION, | ) | |
| | ) | STIPULATION TO SUBSTITUTE ITW |
| Defendant. | ) | FOOD EQUIPMENT GROUP LLC FOR |
| | ) | HOBART CORPORATION |

Plaintiff and ITW Food Equipment Group LLC ("ITWFEG"), incorrectly sued as Hobart Corporation ("Hobart"), hereby stipulate that ITWFEG is substituted for Hobart as the correct defendant in this matter. The caption shall be amended to reflect this stipulation.

STIPULATED TO BY:

/s/ [signature]
Thomas F. Kelly, III
Kelly & Meenagh, LLP
135 N. Water St.
P.O. Box 1031
Poughkeepsie, NY 12602
Telephone: (845) 454-4244
tkelly@kellyandmeenagh.com

Attorneys for Plaintiff

/s/ Carl J. Schaerf
Carl J. Schaerf
Carol Natias Kotsinis
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005
Telephone: (212) 973-8000
Facsimile: (212) 973-8005
cschaerf@schnader.com
ckotsinis@schnader.com

Attorneys for Defendant
ITW Food Equipment Group LLC

Elizabeth B. Wright
*Application to appear pro hac vice to be filed*
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
Elizabeth.Wright@ThompsonHine.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

So Ordered:

[signature] Cathy Seibel
U.S.D.J. Cathy Seibel

Dated: 1/6/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2012